UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Plaza Park Bank,<br><br>                      Plaintiff,<br>v.<br><br>Martina Hall, Plaza Park Bank, as Personal Representative of the Estate of Gregory Hall, Internal Revenue Service, an agency of the Government of the United States of America John Doe, Mary Rowe, ABC Partnership, and XYZ Corporation,<br>                      Defendants. | **ORDER**<br><br>Civ. No. 10-686 (JRT/RLE) |

Based upon the parties' Stipulation [Docket No. 9], it is --

HEREBY ORDERED:

That the Stipulation [Docket No. 9] is APPROVED, and that upon the deposit with the Clerk of the United States District Court for the District of Minnesota of the proceeds from the sale of the Property, less only costs of sale, as described in the foregoing stipulation, the Property shall be deemed to have been discharged from the Plaza Mortgage and Federal Tax Liens against such Property, but the Plaza Mortgage and Federal Tax Liens shall not be deemed to have been satisfied but will continue to attach to the proceeds. Plaza and the USA shall assert such liens against the proceeds to be deposited with this Court, and all issues regarding the amount, validity and priority of the Plaza Mortgage and Federal Tax Liens shall remain, and the proceeds so deposited from the sale of the Property shall remain with the Clerk of Court until further order of this Court.

                                                    BY THE COURT:

DATED: June 18, 2010                         *s/Raymond L. Erickson*
                                                    Raymond L. Erickson
                                                    Chief United States Magistrate Judge